UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARCIA, | No. 2:13-cv-2385 AC P |
| Plaintiff, | |
| v. | ORDER |
| NASEER SAHIR, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's December 24, 2013 motion for an extension of time (ECF No. 6) is granted;

2. Plaintiff's December 30, 2013 application to proceed in forma pauperis is deemed timely.

DATED: January 3, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE