UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>NASEER SAHIR, et al.,<br><br>   Defendants. | No. 2:13-cv-2385 AC P<br><br><br><br>ORDER |

   Plaintiff has filed a motion for extension of time to file a second amended complaint. Good cause appearing, plaintiff's request is granted.

   Plaintiff's December 29, 2014 "Motion for Reconsideration for Abuse of Discretion in Support of Motion To Proceed In Forma Pauperis," ECF No. 22, is denied as moot because plaintiff has already been granted in forma pauperis status in this case. See ECF No. 15.

   IT IS HEREBY ORDERED that:

   1. Plaintiff's March 13, 2015 motion for an extension of time (ECF No. 25) is granted;

   2. Plaintiff is granted 30 days from the date of this order in which to file a second amended complaint; and

   3. Plaintiff's motion for reconsideration regarding IFP status (ECF No. 22) is denied.

DATED: March 20, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE