UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>NASEER SAHIR, et al.,<br><br>    Defendants. | No.  2:13-cv-2385 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  By order dated November 19, 2015, plaintiff's complaint was dismissed and thirty days leave to amend was granted.  ECF No. 32.  Plaintiff was warned that failure to file an amended complaint would result in dismissal of this action.  Id. at 6.  To date, plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: June 15, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE